Frank Grimaldi, Respondent, v. 1412 Broadway, Inc., Appellant, and General Electric Company et al., Respondents.

(Argued June 16, 1932; decided July 19, 1932.)

*Stephen Callaghan* and *Alfred W. Andrews* for appellant.
*Frederick H. Cunningham* for plaintiff-respondent.
*John C. Rowe* for General Electric Company, defendant-respondent.
*John W. Jordan, Harold R. Medina* and *Eugene A. Sherpick* for Gurney Elevator Company, defendant-respondent.

Judgment and orders affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.